UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
EDWIN THEVENIN,                                                        :
:
                      Plaintiff,                     :
:      19-CV-6010 (JPC)
     -v-                                                             :
:      ORDER
II IN LOT PARKING CORP *et al.*,                                       :
:
                    Defendants.                    :
:
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, within two weeks of this Order, the parties shall submit a proposed settlement agreement for Court approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

       The Initial Pretrial Conference scheduled for December 11, 2020 at 10:00 a.m. is adjourned *sine die*. The deadline to submit a joint letter updating the Court on the status of the case is adjourned *sine die*.

       SO ORDERED.

Dated: November 29, 2020
       New York, New York

                                                      JOHN P. CRONAN
                                          United States District Judge