```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDWIN THEVENIN,                                    Case No. 19-cv-6010

                      Plaintiff,

   -vs.-

II IN LOT PARKING CORP d/b/a IN LOT
PARKING, INC., CHRISTIAN ESPINAL
and JOHANNA ESPINAL,

                      Defendants.
---------------------------------------------------------------X

## JUDGMENT

WHEREAS, Plaintiff, EDWIN THEVENIN, filed a complaint against the Defendants on June 27, 2019 alleging violations of the Fair Labor Standards Act;

WHEREAS Defendants noticed an appearance on August 31, 2020;

WHEREAS Defendants made an offer of judgment, pursuant to Federal Rule of Civil Procedure 68 on December 14, 2020;

WHEREAS, the Plaintiff accepted the offer of judgment and filed notice of the acceptance on December 14, 2020;

NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that a judgment be entered in favor of the Plaintiff, EDWIN THEVENIN, as against Defendants II IN LOT PARKING CORP, CHRISTIAN ESPINAL, and JOHANNA ESPINAL, jointly and severally, in the amount of Fifty Five Thousand Dollars and Zero Cents ($55,000.00)

Dated: New York, New York

SO ORDERED.

Date: December 15, 2020
   New York, New York

_____
JOHN P. CRONAN
United States District Judge